UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CR-59-2-BO
NO. 4:12-CR-59-3-BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Lori Melton,<br>Anna Moore<br>      Defendants. | ORDER |

IT IS HEREBY ORDERED that Defendants, Lori Melton and Anna Moore, are ALLOWED to adopt the proposed jury instructions [DE-154] filed on January 21, 2013 by their co-defendant Arron Jones in the above-captioned case.

SO ORDERED this the _22_ day of _January_, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE